Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:     (775) 849-3811
Facsimile:      (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:     (858) 623-4200
Facsimile:      (858) 623-4299

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER VOKOS**, | Civil Case No. 3:10-cv-01408 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| **WELLS FARGO BANK, N.A.**, | |
| Defendant. | |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3 pursuant to FRCP 41(a)(1).

4

5

6 Dated: May 23, 2012                          /s/  Kevin J. McInerney

7                                              Kevin J. McInerney
                                               *Attorney for Plaintiff*

8 Dated: May 23, 2012                          /s/  Lindbergh Porter, Jr.

9                                              Lindbergh Porter, Jr.
                                               *Attorney for Defendant*

10

11 IT IS SO ORDERED.

12

13 _____

14 Honorable Edward M. Chen
   United States District Court Jud...

15

16

17                        IT IS SO ORDERED
                          Judge Edward M. Chen

18

19

20

21

22

23

24

25

26

27

28

                                        2          STIPULATION OF DISMISSAL

**PROOF OF SERVICE**
*Peter Vokos v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:10-cv-01408 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:    (415) 433-1940 | Telephone:    (858) 623-4200 |
| Facsimile:    (415) 399-8490 | Facsimile:    (858) 623-4299 |

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 23, 2012 at Reno, Nevada.

_____
Jennifer Smith

PROOF OF SERVICE